# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160152 & (99)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DOMINIQUE ARNETT RAMSEY, JR.,
        Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160152
COA: 334614
Saginaw CC: 15-041847-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 2, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *People v Sammons*, ___ Mich ___ (Docket No. 156189, decided March 16, 2020).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



Clerk

t0520